IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY LLOYD HOWARD,

       Petitioner,                    No. CIV S-08-1392 CMK P

    vs.

D.K. SISTO, et al.,

       Respondents.                 <u>ORDER</u>

             /

  Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

/ / /

/ / /

1   Accordingly, IT IS HEREBY ORDERED that petitioner's July 10, 2008, request
2 for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage
3 of the proceedings.

 DATED: August 18, 2008

                                                     **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE